UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 20-11790-JAK (KESx)** | Date | August 23, 2023 |
|---|---|---|---|
| Title | *Cymia Alexander v. University of Southern California, et al.* | | |

| Present: The Honorable | KENLY KIYA KATO, UNITED STATES MAGISTRATE JUDGE |
|---|---|

| RACHEL MAURICE | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **ORDER for Plaintiff and Plaintiff's Counsel to Show Cause Why Sanctions Should Not be Entered for Failure to Submit a Confidential Settlement Conference Statement**

On July 19, 2023, this matter was referred for a settlement conference before a Magistrate Judge to be completed no later than October 4, 2023. ECF Docket No. ("Dkt.") 85. On August 8, 2023, the Court issued an Order Regarding Settlement Conference, scheduling the settlement conference for August 29, 2023 before Magistrate Judge Kenly Kiya Kato and ordering the parties to submit Confidential Settlement Conference Statements five court days prior to the date of the settlement conference. Dkt. 86.

The parties' confidential settlement briefs were, thus, due on August 22, 2023. On August 22, 2023, defendants University of Southern California and Butch Paredes submitted a confidential settlement brief. The Court, however, has not received a Confidential Settlement Conference Statement from plaintiff Cymia Alexander ("Plaintiff").

The Court, therefore, ORDERS Plaintiff and Plaintiff's counsel Scott S. Nakama of Ladva Law Firm to show cause why they should not be sanctioned in the amount of $500 each for their failure to comply with the Court's order. Plaintiff and Plaintiff's counsel shall file a response in writing to this Order to Show Cause **no later than noon on Friday, August 25, 2023**. The parties are further cautioned the settlement conference scheduled for August 29, 2023 may be vacated.

**IT IS SO ORDERED.**

cc: Honorable John A. Kronstadt